# ORIGINAL

## UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,                :

      v.                                        :

THEODORE O'BRIEN,                         :   07 Cr. 602 (CLB)

           Defendant.                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**THEODORE O'BRIEN,** the above-named defendant, who is accused of violating Title 18, United States Code, Section 2252A(a)(2)(A), and Title 18, United States Code, Section 2252A(a)(5)(B), having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                       Defendant.

                                                        Counsel for Defendant.

Date:   White Plains, New York
            July 3, 2007




JOINT EXHIBIT