# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

September 6, 2007

Paul E. Davison
*Attorney-in-Charge
White Plains*

Honorable Charles L. Brieant
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. Theodore O'Brien**
    **07 Cr. 602 (CLB)**

Dear Judge Brieant:

    This will confirm that sentencing in this matter has been adjourned, on consent, from October 3 to November 8, 2007, at 9:30 a.m.

    Thank you for your consideration.

Respectfully,

Paul E. Davison
(914) 428-7126

cc: Richard Tarlowe, Esq.
    Assistant United States Attorney

    Michelle Greer Bambrick
    United States Probation.