UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    - against-                                      07 Cr. 602 (CLB)

    Theodore O'Brien                          **SURRENDER ORDER**

                 Defendant.

------------------------------------------------------------x

    It is hereby ORDERED that Theodore O'Brien, the Defendant, having been sentenced in the above case to the custody of the Attorney General, is hereby ordered to surrender himself/herself to the Attorney General by reporting to the Correctional Institution to be designated by the Bureau of Prisons at 2:00 p.m. on 12/18/07.

                                                          Charles L. Brieant, U.S.D.J.

                                                           November 8, 2007
                                                                   Date

*Acknowledgment:*

    I agree to report as directed in this Order and understand that if I fail to do so I may be cited for contempt of court, and if convicted of contempt may be punished by imprisonment or fine, or both.

_____           _____
(Attorney/Witness)                                          (Defendant)

cc:    U.S. Marshal, SDNY
        Probation Dept., SDNY
        US Attorney, SDNY
        Defense Counsel