# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

Leonard F. Joy
Executive Director and
Attorney-in-Chief

Paul E. Davison
Attorney-in-Charge
White Plains

December 12, 2007

Honorable Charles L. Brieant
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:  **United States v. Theodore O'Brien**
     **07 Cr. 602 (CLB)**

Dear Judge Brieant:

I was contacted yesterday by Ms. Pamela Perea, United States Probation Department Assistant, tel. (212) 805-5116, who is responsible for coordinating voluntary surrenders.

Ms. Perea informed me that the Bureau of Prisons has not yet designated a facility for Mr. O'Brien to surrender to, and asked me to request a three week adjournment of Mr. O'Brien's surrender date, presently set for December 18, 2007. Because medical issues are involved, Ms. Perea does not believe that Mr. O'Brien can be designated in time for the scheduled surrender.

I discussed this request with Assistant United States Attorney Richard Tarlowe, who informed that the Government, having opposed a voluntary surrender in this case, does **not** consent to postponement of the surrender date.

Nonetheless, I respectfully request that the Court grant a three week adjournment of Mr. O'Brien's surrender from December 18, 2007, to January 8, 2008. I enclose a proposed Order for the Court's convenience. Thank you for your consideration.

Respectfully,

Paul E. Davison
(914) 428-7126

cc:  Richard Tarlowe, Esq.
     Assistant United States Attorney

*[Handwritten margin note, left side:]* The date for defendant O'Brien to surrender is adjourned to December 27, 2007. The Court has been advised by AUSA Tarlowe that he does not consent to this adjournment of Dec 27, 2007.

*[Handwritten signature:]* Charles L. Brieant, Dec 14, 2007